# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3202
L.T. Case No. 2024-MM-001478-A

_____

JOHNATHAN ANDREW
HERNANDEZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for Seminole County.
Carsandra Denyce Buie, Judge.

Johnathan Andrew Hernandez, Winter Park, pro se.

James Uthmeier, Attorney General, Tallahassee, and Alyssa
M. Williams, Assistant Attorney General, Daytona Beach,
for Appellee.

May 20, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____